IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:13CR367** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **TENTATIVE FINDINGS** |
| | ) | |
| **LUIS NAVARRO-HERNANDEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The Court has received the Revised Presentence Investigation Report and Addendum ("PSR"), and the Defendant's Objections to the Revised Presentence Investigation Report and supporting brief (Filing Nos. 28 and 30). The government filed an Objection to the Revised Presentence Investigation Report and Plaintiff's Statement (Filing No. 27.) The Defendant has filed a Motion for Variance, along with a supporting brief (Filing Nos. 31 and 32). *See* Order on Sentencing Schedule, ¶ 6. The Court advises the parties that these Tentative Findings are issued with the understanding that, pursuant to *United States v. Booker,* 543 U.S. 220 (2005), the sentencing guidelines are advisory.

Accordingly,

IT IS ORDERED:

1. The government's objection (Filing No. 27) is sustained, and paragraph 60 of the PSR will be amended to reflect the Defendant's criminal history as category I, consistent with paragraph 36 of the PSR.

2. The Defendant's objections to the PSR (Filing No. 28) will be heard at the sentencing hearing, and the Defendant bears the burden of demonstrating his eligibility for a minor role reduction;

3. The Court intends to adopt the PSR in all other respects;

4.     If **any** party wishes to challenge these tentative findings, the party shall immediately file in the court file and serve upon opposing counsel and the Court a motion challenging these tentative findings, supported by (a) such evidentiary materials as are required (giving due regard to the requirements of the local rules of practice respecting the submission of evidentiary materials), (b) a brief as to the law, and (c) if an evidentiary hearing is requested, a statement describing why an evidentiary hearing is necessary and an estimated length of time for the hearing;

5.     Absent submission of the information required by paragraph 2 of this Order, these tentative findings are final;

6.     The Defendant's Motion for Variance (Filing No. 31) will be heard at sentencing; and

7.     Unless otherwise ordered, any motion challenging these tentative findings shall be resolved at sentencing.

DATED this 12th day of March, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge